IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ARKANSAS SALES TAX SPECIALIST, INC.                                PLAINTIFF

v.                                          No. 3:14-cv-74-DPM

SUPERIOR INDUSTRIES INTERNATIONAL
ARKANSAS, LLC                                                      DEFENDANT

## ORDER

Arkansas Sales Tax Specialist must file its amended complaint by 2 January 2015; Superior Industries may plead its counterclaim when it answers the amended complaint.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 December 2014