IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ARKANSAS SALES TAX SPECIALIST, INC.           PLAINTIFF/
                                              COUNTER-DEFENDANT

v.                     No. 3:14-cv-74-DPM

SUPERIOR INDUSTRIES INTERNATIONAL
ARKANSAS, LLC                                 DEFENDANT/
                                              COUNTER-CLAIMANT

## JUDGMENT

Arkansas Sales Tax's amended complaint is dismissed with prejudice. Superior Industries International's counterclaims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 May 2015